**Exhibit 1 – Emails and Other Correspondence between Plaintiff and J&J**
*Arranged Chronologically*

**From:** 340B_JJHCS <340B_JJHCS@its.jnj.com>
**Sent:** Monday, April 22, 2024 8:33 AM
**To:** Jennifer Zanon <zanon@ohsu.edu>
**Cc:** Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>; Nelson, Ken [HCSUS] <KNelson8@its.jnj.com>; Iwanski, Yvonne [JANUS] <YIwanski@its.jnj.com>
**Subject:** [EXTERNAL] Meeting Request: J&J and Oregon Health Science Center (DSH380009) 340B Program Discussion

Good morning,

We are reaching out to request time to discuss your Covered Entity's 340B program.  Specifically, we would like to discuss and ask questions regarding your entity's 340B utilization.

We look forward to a productive discussion.  Please provide the appropriate contacts of your entity to include in this meeting and provide availability options in the coming week, and we can schedule a quick call.

Appreciate the partnership and look forward to speaking.

Thank you,

**340B J&J Health Care Systems Team**

**Johnson&Johnson**

**Confidentiality Notice:** This e-mail transmission may contain information that is confidential and is intended only for the individual or entity named in the e-mail address. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson Health Care Systems Inc. can arrange for proper delivery, and then please delete the message from your system. Thank you.

---

RE: Meeting Request: J&J and Oregon Health Science Center (DSH380009) 340B Program Discussion

JZ   Jennifer Zanon                                    ↩ Reply   ↩ Reply All   → Forward   ···
To ○ 340B_JJHCS                                                          Wed 4/24/2024 3:46 PM
Cc ○ Paluzzi, Lauren [JJCUS]; ○ Nelson, Ken [HCSUS]; ○ Iwanski, Yvonne [JANUS]

Good afternoon,

I am the correct primary contact for OHSU.   I have some time next week to meet with you- see below.

PDT
Wed 5/1: 10-noon
Thurs: 5/2: 11 am – noon
Friday 5/3: 10 am- 11am, noon-2 pm


Let me know if any of these work.


**Respectfully,**

**Jennifer Zanon,  R.Ph**
**Director, Pharmacy Services**
**Supply Chain & Compliance**

OREGON
HEALTH&SCIENCE
UNIVERSITY

3181 SW Sam Jackson Park Rd. | Mail code: CR 9-4
Portland, OR 97239
zanon@ohsu.edu

-----Original Appointment-----
**From:** Jennifer Zanon <zanon@ohsu.edu>
**Sent:** Wednesday, May 1, 2024 11:48 AM
**To:** Paluzzi, Lauren [JJCUS]
**Subject:** [EXTERNAL] Declined: Meeting Request: J&J and Oregon Health Science Center (DSH380009) 340B Program Discussion
**When:** Friday, May 3, 2024 1:00 PM-1:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://jnjmeetings.zoom.us/j/96955131710?pwd=d0p1RVZJakp0dUxpdHZ0TG9QaCt5UT09&from=addon

Good morning Lauren,

The other attendee is not available at this time tomorrow - I will be in touch later this week or next week at the latest.


**Respectfully,**

**Jennifer Zanon, R.Ph**
Director, Pharmacy Services
Regulatory Compliance &
Supply Chain



3181 SW Sam Jackson Park Rd. | Mail code: CR 9-4
Portland, OR 97239
Tel: (503) 418-1286
Fax: (503) 494-5094
zanon@ohsu.edu


**From:** Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>
**Sent:** Wednesday, May 1, 2024 5:26 PM
**To:** Jennifer Zanon <zanon@ohsu.edu>
**Cc:** Kachurick, Sue [HCSUS] <SKachur1@its.jnj.com>; Iwanski, Yvonne [JANUS] <YIwanski@its.jnj.com>
**Subject:** RE: Meeting Request: J&J and Oregon Health Science Center (DSH380009) 340B Program Discussion

Hi Jennifer,

Thanks so much for letting me know. I will cancel for now and reschedule when you let me know your availability for next week.

Look forward to hearing from you.

Regards,
Lauren

**From:** 340B_JJHCS <340B_JJHCS@its.jnj.com>
**Sent:** Wednesday, May 8, 2024 10:41 AM
**To:** Jennifer Zanon <zanon@ohsu.edu>
**Cc:** Kachurick, Sue [HCSUS] <SKachur1@its.jnj.com>; Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>
**Subject:** RE: Meeting Request: J&J and Oregon Health Science Center (DSH380009) 340B Program Discussion

Good morning,

We would like to follow up on your request to reschedule the discussion we had planned for 5/3/24.  Please let us know your availability so we can reschedule.

Thank you,

**340B J&J Health Care Systems Team**

—

**From:** 340B_JJHCS <340B_JJHCS@its.jnj.com>
**Sent:** Wednesday, May 15, 2024 2:42 PM
**To:** Jennifer Zanon <zanon@ohsu.edu>
**Cc:** Kachurick, Sue [HCSUS] <SKachur1@its.jnj.com>; Paluzzi, Lauren [JJCUS] <lpaluzzi@ITS.JNJ.com>
**Subject:** [EXTERNAL] RE: Meeting Request: J&J and Oregon Health Science Center (DSH380009) 340B Program Discussion

Good afternoon,

We are following up again on your request to reschedule the discussion we had planned for 5/3/24.  Please let us know your availability so we can have a good faith discussion on the growth in your entity's 340B utilization.

Thank you,

**340B J&J Health Care Systems Team**

—

RE: Meeting Request: J&J and Oregon Health Science Center (DSH380009) 340B Program Discussion



JZ  Jennifer Zanon
    To  ○ 340B_JJHCS
    Cc  ○ Kachurick, Sue [HCSUS]; ○ Paluzzi, Lauren [JJCUS]

↩ Reply    ↩ Reply All    → Forward    ⋯

Wed 5/15/2024 5:05 PM

Good afternoon,

You should be receiving a response from our AO, Joe Ness, very soon.

**Respectfully,**

**Jennifer Zanon, R.Ph**
Director, Pharmacy Services
Regulatory Compliance &
Supply Chain

OREGON
HEALTH&SCIENCE
UNIVERSITY

3181 SW Sam Jackson Park Rd. | Mail code: CR 9-4
Portland, OR 97239
Tel: (503) 418-1286
Fax: (503) 494-5094
zanon@ohsu.edu



May 16, 2024

**VIA E-MAIL:** 340B_JJHCS@its.jnj.com

Johnson & Johnson
340B J&J Healthcare Systems Team

RE: J&J Generalized Request for Information regarding 340B Program Participation

To Whom it May Concern:

We are writing in response to Johnson & Johnson's inquiry regarding our participation in the 340B Program. As we presume you are aware, the communications we have received to date are nonspecific regarding the basis for the inquiry. In order for us to be able to ensure an adequate response from the appropriate individuals, we need additional information regarding the basis for your inquiry. As such, we are communicating our policy regarding the appropriate scope of such inquiries to ensure consistent and fair treatment of all of our 340B-participating drug manufacturer partners.

To be clear, OHSU is committed to complying in every respect with its obligations under the 340B Program as its mission directly aligns with the purpose of the 340B Program. That mission contemplates stretching scarce federal resources as far as possible to reach more vulnerable patients who rely on safety net services by providing more comprehensive care.

Our Covered Entities each have in place a robust 340B compliance program that has the goal of ensuring that each Covered Entity complies in all respects with 340B Program requirements. Additionally, we face potentially significant repercussions in the event of noncompliance with 340B Program requirements. For these reasons, OHSU has adopted the policy detailed herein to provide consistency when its Covered Entities engage manufacturers in good faith efforts to resolve disputes prior to the initiation of any audit. This policy has a dual purpose of ensuring: i) manufacturers are not negatively impacted by noncompliance with 340B Program requirements; and ii) scarce resources are used to make care available to vulnerable patients rather than to respond to overly burdensome, repetitive and opportunistic third-party auditor requests. We believe this policy complies with all applicable 340B Program standards established by the Health Resources and Services Administration Office of Pharmacy Affairs ("HRSA OPA").

As you know, 340B Covered Entities must cooperate with drug manufacturer audits authorized by HRSA OPA. 42 U.S.C. § 256b(a)(5)(C). At the same time, manufacturers are required to act "…in accordance with procedures established by the Secretary relating to the number, duration, and scope of audits." Id. HRSA OPA established audit procedures in 1996 through a notice published in the Federal Register. 61 Fed. Reg. 65,406 (Dec. 12, 1996) ("HRSA Audit Procedures"). We also acknowledge that both manufacturers and 340B covered entities must act in good faith when evaluating 340B compliance.

J&J 340B Healthcare Systems Team
May 16, 2024
Page 2

Since we are not aware of any formal guidance governing what may constitute a good faith response by a Covered Entity or request by a manufacturer outside of what is published in the HRSA Audit Procedures, we have established in good faith those standards detailed in the attached Exhibit A to help ensure appropriate allocation of our scarce resources to ensure regulatory compliance as expected by HRSA while simultaneously caring for underserved populations ("OHSU Third-Party 340B Audit Good Faith Engagement Standards" or "Good Faith Standards").

Going forward, in order to ensure that your requests for information receive an appropriate good faith response, we are asking that J&J submit all 340B information requests to the e-mail address listed in our current Good Faith Standards document. These requests should comply with the Good Faith Standards. This will facilitate a more timely response for you since the requests will be routed to the appropriate individuals. Please note that J&J's responses sent to Covered Entity Primary Contacts or Authorizing Officials will not receive a response.

We appreciate your efforts to ensure compliance with 340B Program standards and truly appreciate the participation in the Program by the manufacturers you represent. If you have any questions, comments or concerns, please do not hesitate to contact me directly using any of the means listed on this letterhead.

Very truly yours,

Joe Ness, Sr Vice President/COO- Healthcare

340B Authorizing Official

cc:

Enclosures

J&J 340B Healthcare Systems Team
May 16, 2024
Page 3

## EXHIBIT A

## OHSU THIRD-PARTY 340B AUDIT AGGREGATOR GOOD FAITH ENGAGEMENT STANDARDS

These standards ("Good Faith Standards") govern the submission of good faith information review requests submitted by drug manufacturers or third-party aggregators ("Aggregators") on behalf of drug manufacturers to entities owned by OHSU that participate as covered entities in the 340B Drug Discount Program (each a "Covered Entity"). The Good Faith Standards are intended to ensure compliance with standards formally established by the United States Health Resources and Services Administration Office of Pharmacy Affairs ("HRSA OPA") including, but not limited to, those at 61 Fed. Reg. 65,406 (Dec. 12, 1996).

These Good Faith Standards require that all requests for information shall:

1.  Be limited to a one-year lookback period from the date of request unless there exist specific, identifiable errors or omissions that the manufacturer in good faith believes are reasonably likely to be non-compliant with 340B Program requirements based on results from the one-year review.

2.  Include written authorization from each NDC manufacturer establishing the Aggregator's status as an agent of such manufacturer, if applicable.

3.  Identify specific concerns or claims that the manufacturer suspects may be improper and include a detailed description of why the manufacturer reasonably believes there to be non-compliance with 340B Program standards. This description should include documentation indicating that the manufacturer has reason to believe that specific claims did not comply with 42 U.S.C. § 256b(a)(5)(A) or (B) (duplicate discounts or diversion), if applicable. Covered Entities are unable to devote the resources necessary to respond to broad, non-specific, or overly burdensome requests for information. Such a request might require, for example: i) a Covered Entity to self-identify claims based on non-specific criteria; or ii) that a Covered Entity identify from a general list of contract-pharmacy associated claims where that pharmacy has contract-pharmacy arrangements with multiple 340B covered entities which claims might have originated from the Covered Entity and whether such claims were filled using 340B covered outpatient drugs.

4.  Be submitted to the following e-mail address: [zanon@ohsu.edu].

These Good Faith Standards also require that each Covered Entity:

1.  Fulfill requests that are in compliance with these Good Faith Standards promptly and as soon as possible.

2.  Maintain 340B-related records for a period of at least three years. This will not be interpreted to require record retention for a period of time longer than three years. Requests for information related to 340B claims more than three years old as measured from the date of the request will not be fulfilled.

J&J 340B Healthcare Systems Team
May 16, 2024
Page 4

## EXHIBIT B

| OHSU Covered Entity | | |
|---|---|---|
| **Covered Entity** | **340B ID** | **Street Address** |
| OHSU Hospital | DSH380009 | 3181 SW Sam Jackson Park Dr Portland, OR 97239 |
| | | |
| | | |

4872-3215-8909v1