**Initial Documentation and Data Request List ("DRL")**

This is the initial documentation and data request list for the 340B Performance Audit. As fieldwork progresses and samples are selected, there may be supplemental documents and data requested. We ask that you provide all documents and data via Deloitte Connect, a secure and efficient platform, for managing our DRL. Following is a link to our user demo video: Deloitte Connect User Video

Please email Abel Haile at abhaile@deloitte.com with a list of contacts from your organization for whom access needs to be provided to Deloitte Connect. Once we receive this information, we will add each user to the Deloitte Connect page and an automated email will be sent, to each user, with instructions to create a username and password credentials. After completing the necessary steps, each user will be able to access Deloitte Connect and start using it for document/data provision. **Please provide the requested DRL items by July 5, 2024.**

| Request Category | Request Area | Request Description |
|---|---|---|
| 340B Program Overview | Policies and Procedures<br><br>**Note:** Provide all versions of the policy that were effective within the audit period | Documentation related to existing 340B policies and procedures, including:<br>• Definition of "eligible site", process of determining what sites are eligible and list of 340B drug dispensing locations<br>• Definition of "eligible patient"<br>• Definition of "eligible provider" and medical staff relationships<br>• Mechanism to prevent diversion and duplicate discounts at CE, off-site facilities, and retail / contract pharmacy dispenses<br>• Medicaid billing requirements & carve-in / out status (by state)<br>• Process for ensuring that the 340B OPAIS record is up to date/accurate for the parent, applicable off-site outpatient facilities and contract pharmacies<br>• Process for procuring, distributing, and billing 340B drugs (including purchases made outside 340B software, borrow and loan processes, as applicable)<br>• Processes to manage 340B physical and / or virtual inventory (including applicable 340B software maintenance activities)<br>• Processes designed to prevent non-compliance with 340B Program requirements and guidelines, specifically as it relates to diversion and duplicate discount compliance (including monitoring activities utilized to detect non-compliance of diversion and duplicate discount)<br>• Processes to prevent the resale or transfer of drugs to a person that is not a patient of the CE (*i.e.*, diversion) and contract pharmacy processes to confirm the following:<br>    ○ Patient eligibility (including status change)<br>    ○ Site eligibility location<br>    ○ Referral / responsibility of care remained with CE<br>    ○ Medical / patient health record |

| Request Category | Request Area | Request Description |
|---|---|---|
| | | <ul><li>Provider eligibility (relationship)</li><li>Service in the scope of grant (if applicable/non-hospital)</li><li>Documenting and accounting for wastage of a drug not administered</li></ul><ul><li>When and how CE would self-disclose and CE's definition of noncompliance material breach</li><li>CE's process for conducting oversight of its contract pharmacy(ies), including Internal audits and independent audits</li></ul> |
| 340B Personnel | 340B Personnel Names and Contact Information | Personnel involved in 340B activities, to participate in audit interviews and process walkthroughs including, but not limited to, the following (as applicable):<ul><li>Roles identified in 340B Enrollment (i.e., Authorizing Official, Primary Contact, Grant Manager, etc.)</li><li>340B Point of Contact (e.g., Pharmacy Director)</li><li>Systems Owners (e.g., split-billing software)</li><li>Individuals involved in patient intake/handling/processing, purchasing, dispensing, or billing of applicable drugs</li><li>Individuals with relevant clinical and admissions responsibilities, for example:</li><li>Hospital Admissions Personnel</li></ul> |
| 340B Oversight | Independent Audits and Corrective Action Plans ("CAP"), as applicable | If independent audit(s) are performed – to evaluate for 340B diversion and compliance with the prohibition of duplicate discounts – provide:<ul><li>documentation of the methodology applied</li><li>any corrective action related to the NDC-11s and time period subject to this manufacturer audit.</li></ul> |
| 340B Oversight | Communications with State Medicaid Agencies | Communications with state Medicaid Agencies related to Medicaid billing, including potential duplicate discounts CAPs |
| 340B Oversight | Internal Monitoring Activities and CAPs, as applicable | If internal monitoring activities are performed - to evaluate for 340B diversion and compliance with the prohibition of duplicate discounts - provide:<ul><li>documentation of the methodology applied</li><li>any corrective action related to the NDC-11s and time period subject to this manufacturer audit.</li></ul> |
| 340B Agreements | TPA Agreement | Current contract in place with 340B TPA (*i.e.*, software vendor used for 340B operations)<br><br>Note: Proprietary business-related information within the contract not related to the prevention of diversion and/or duplicate discounts may be redacted by CE. |
| 340B Agreements | Pharmacy Service Agreements ("PSA") | A listing of contract pharmacies utilized, and the current contracts individually identifying in-scope contract pharmacy (this is for purposes of confirming compliance with diversion and duplicate discounting through contract pharmacy relationships). |

| Request Category | Request Area | Request Description |
|---|---|---|
| | | Note: Proprietary business-related information within the contract not related to the prevention of diversion and/or duplicate discounts may be redacted by CE. |
| 340B Data Universe* | Data universe | For the audit in-scope time period and NDC-11s, a listing of applicable drug orders or prescriptions (include all account types: Wholesale Acquisition Cost ("WAC"), Group Purchasing Order ("GPO") and 340B) for both hospital-based and contract pharmacy transactions in Excel format. The following data elements should be included:<br>• Unique identifying number – this is likely the prescription (Rx) number, but can be any number you assign that will allow tracking through your system to retrieve all information associated with the order<br>• The drug / product name / NDC<br>• The acquisition price<br>• The type of account the drug was purchased through and the associated 340B ID number<br>• The quantity issued<br>• The patient ID number (*e.g.*, Medical Record Number ("MRN"))<br>• The payer (All payers including Medicaid)<br>• The date of the order and date it was dispensed or administered<br>• The ordering provider<br>• The location / site drug was administered / ordered / prescribed<br>• Whether the drug was dispensed / or used, reversed, or returned to stock<br>• Any modifiers indicating use of 340B drugs, as applicable |
| 340B Data Universe | Description of universe | A narrative describing the methodology by which the data was gathered, and any limitations or exclusions (*e.g.*, whether reversed transactions, or any other elements, were excluded or other drug orders or dispenses, were direct purchases included or other purchasing mechanisms). |
| 340B Data Universe | NPI and MPN | Copy of the CE's Medicaid provider enrollment verification letters, including NPI, Medicaid ID number(s) or Provider Number for all entities, including out-of-state billing numbers |
| 340B Data Universe | Prescriber file | A listing of all providers, employed and contracted with the CE, that include start dates and termination dates. |
| 340B Data Universe | EHR departmental crosswalk | Full listing of Electronic Health Record ("EHR") department classifications including Department ID and Description. |
| 340B Software Documents | Patient eligibility configuration settings | A report/screenshot of existing patient eligibility settings for hospital-based and retail/contract pharmacy transactions. |
| 340B Software Documents | Split-billing software accumulator report | List of the most current accumulations of 340B and GPO drugs for each in-scope NDC-11 by accumulation repository. |
| 340B Software Documents | CDM-NDC Crosswalk | Listing of each in-scope NDC-11 assigned to a specific Charge Data Master ("CDM") and applicable Billing Units Per Package ("BUPP"), as applicable |

| Request Category | Request Area | Request Description |
|---|---|---|
| **340B Software Documents** | Split-billing software adjustments | List of adjustments made in split-billing software that would impact in-scope drugs (*e.g.*, manual adjustments, updates to crosswalks and BUPPs, etc.) |
| **Drug Purchasing Documents** | Drug purchasing accounts | For the in-scope period a listing of all accounts used to purchase drugs for the parent and off-site outpatient facilities, which includes locations dispensing or distributing 340B drugs and a description of the applicable pricing (340B, GPO, WAC). This applies to wholesaler, direct purchases (made outside of the wholesaler), and any materials management accounts that are used to support 340B drug procurement. |
| **Drug Purchasing Documents** | Drug purchase history | For the in-scope period a listing of applicable wholesaler drug purchase orders, including price paid. This is for all account types including 340B, GPO and WAC. |
| **Drug Purchasing Documents** | Drugs purchased outside of wholesaler | For the in-scope period a report of applicable drugs purchased outside of wholesaler, including price paid. This is for all account types including 340B, GPO and WAC. |
| **Drug Purchasing Documents** | Perpetual Inventory | Report detailing the number of packages currently in stock by dispensing location / department for each in-scope NDC-11 used during the audit in-scope period. |
| **Drug Purchasing Documents** | Dispensing locations | A listing of all clinics and locations where health care services are provided to individuals for which the CE deems itself responsible for the health care services provided for purposes of meeting 340B eligibility.<br><br>Include indication of inventory model utilized at each location (*e.g.*, virtual inventory model vs physical inventory model) |
| **340B Samples**<br><br>**Note:** This would be part of a supplemental documentation and data request to be issued upon sample selection | Screenshots of Patient Medical Records | For selected hospital-based and contract pharmacy transactions samples provide screenshots from the EHR of the following:<br>• applicable drug dispense / administration supporting documentation, including (1) administered NDC-11 and quantity, (2) dispensing / administering provider, department, and time stamp<br>• inpatient admission order, as applicable<br>• outpatient prescriptions, including (1) ordering provider and department (2) written date (3) drug name, quantity, and applicable refills |

*Covered Entity is requested to provide documentation and data to auditors limiting the amount of protected health information ("PHI") and personally identifiable information ("PII") to that which is specifically requested (*e.g.*, prescription number, patient ID number). J&J respects Covered Entity's responsibility to protect patient confidentiality and proprietary information. Therefore, confidential patient information and / or proprietary information which auditors may access in the performance of an audit will not be disclosed to J&J.