**From:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Sent:** Wednesday, June 26, 2024 7:16 AM
**To:** Jennifer Zanon <zanon@ohsu.edu>; Joe Ness <nesjo@ohsu.edu>
**Cc:** jness610@icloud.com; Imada, Marcy A <mimada@deloitte.com>; Crain, Clarissa <ccrain@deloitte.com>; Haile, Abel <abhaile@deloitte.com>; HRSA HSB 340B Pricing <340BPricing@hrsa.gov>; Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>
**Subject:** [EXTERNAL] RE: Response requested: 340B Audit of Oregon Health Science Center University Hospital on behalf of Johnson & Johnson

Thank you for your message.

Johnson & Johnson (J&J) brought their concerns to HRSA's attention through their request to review the work plan to audit Oregon Health Science Center University Hospital. After careful review, HRSA determined that J&J met the thresholds identified in HRSA's Manufacturer Audit Guidelines and Dispute Resolution Process, 61 Fed. Reg. 65,406 (Dec. 12,1996) and Clarification of Manufacturer Audits of 340B Covered Entities, 340B Drug Pricing Program Notice 2011-3 (Nov. 21, 2011) in order to pursue an audit, as defined in section 340B(a)(5)(A) of the Public Health Service Act.

HRSA encourages Oregon Health Science Center University Hospital to cooperate with the auditors working on behalf of J&J, in order to demonstrate Oregon Health Science Center University Hospital's compliance with the 340B Program.

Please let me know if you have any other questions.

Thank you,
Chantelle

---

**From:** Haile, Abel <abhaile@deloitte.com>
**Sent:** Tuesday, June 25, 2024 7:14 PM
**To:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Cc:** jness610@icloud.com; Jennifer Zanon (External) <zanon@ohsu.edu>; Imada, Marcy A <mimada@deloitte.com>; Crain, Clarissa <ccrain@deloitte.com>
**Subject:** [EXTERNAL] Response requested: 340B Audit of Oregon Health Science Center University Hospital on behalf of Johnson & Johnson

Dear Director Britton,

On behalf of Johnson & Johnson Health Systems Inc. and regarding HRSA's 6/19/24 approval of the audit of Oregon Health Science Center University Hospital, we are requesting that HRSA provide written approval of the audit to Oregon Health Science Center University Hospital (DSH380009). Can you please confirm approval with all on copy. This will enable us to proceed with the audit.

Thank you,

**Abel Haile**
Manager
Deloitte & Touche LLP
111 S. Wacker Dr. Chicago, IL. 60606
Tel/Direct: 312.486.5772 | Mobile: 630.917.6859
www.deloitte.com | **Ask me about** Health Care Regulatory Services