| | |
|---|---|
| **From:** | Junger, James <jjunger@hallrender.com> |
| **Sent:** | Wednesday, August 7, 2024 3:00 PM |
| **To:** | Handwerker, Jeffrey L. |
| **Cc:** | Ramer, Paula; Nova, Todd A.; Helms, Brandon C. |
| **Subject:** | RE: J&J Audit: Confidentiality Request |

Jeff –

Thank you for your message and engagement.  So you are aware, each of our clients has challenged HRSA's decision to approve these audits and has communicated their position to HRSA, including by filing three district court actions.  Nevertheless, since our clients understand and respect their obligation to participate in properly authorized manufacturer audits, they respectfully request that your client take no further action in pursuit of these audits pending resolution of their challenges, including the three actions.

Thank you,
James

**T. James Junger** | Attorney
**jjunger@hallrender.com** | **vCard** | **@hallrender** on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C. | hallrender.com**
**MILWAUKEE D:** (414) 721-0922 | **F:** (414) 721-0491

**MANSFIELD RULE CERTIFIED 2023** | Powered by Diversity Lab
Learn more about Hall Render's commitment to Diversity, Equity and Inclusion at hallrender.com/diversity-overview.

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

**From:** Handwerker, Jeffrey L. <Jeffrey.Handwerker@arnoldporter.com>
**Sent:** Monday, August 5, 2024 3:25 PM
**To:** Junger, James <jjunger@hallrender.com>; Nova, Todd A. <tnova@hallrender.com>; Torzuoli, Anne E. <ATorzuoli@hallrender.com>
**Cc:** Ramer, Paula <Paula.Ramer@arnoldporter.com>
**Subject:** FW: J&J Audit: Confidentiality Request

James:  I am just following up on the below email.  Please advise as to your clients' availability for a kickoff call with Deloitte to start the audit process.  If we don't hear from you by end of day on Wednesday, we will conclude that your clients are unwilling to participate and will follow up with HRSA as appropriate.  Thanks.

Best regards.

Jeff

_____
Jeffrey Handwerker
Partner | Bio

EXHIBIT

1

exhibitsticker.com

## Arnold & Porter

601 Massachusetts Ave., NW
Washington, DC 20001-3743
T: +1 202.942.6103
Jeffrey.Handwerker@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Handwerker, Jeffrey L.
**Sent:** Thursday, August 1, 2024 6:24 PM
**To:** Junger, James <jjunger@hallrender.com>
**Cc:** Nova, Todd A. <tnova@hallrender.com>; Ramer, Paula <Paula.Ramer@arnoldporter.com>; Torzuoli, Anne E. <ATorzuoli@hallrender.com>
**Subject:** RE: J&J Audit: Confidentiality Request

James –

Thank you for your email. It's unfortunate that MaineGeneral, OHSU, and University of Rochester are unwilling to agree to our reasonable request to keep the documents you have requested confidential. As you know, J&J was not required to share those documents but was willing to do so as a show of good faith and transparency. Regardless, sharing those documents is not required for J&J to pursue its audit rights and J&J intends to move forward with all four of its HRSA-approved audits of your clients. Please let us know times that MaineGeneral, OHSU, University of Rochester and Children's National are each available for a kickoff call with Deloitte in the next few days. Thanks.

Best regards.


Jeff


_____

Jeffrey Handwerker
Partner | Bio

## Arnold & Porter

601 Massachusetts Ave., NW
Washington, DC 20001-3743
T: +1 202.942.6103
Jeffrey.Handwerker@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Junger, James <jjunger@hallrender.com>
**Sent:** Thursday, August 1, 2024 5:38 PM
**To:** Handwerker, Jeffrey L. <Jeffrey.Handwerker@arnoldporter.com>
**Cc:** Nova, Todd A. <tnova@hallrender.com>; Ramer, Paula <Paula.Ramer@arnoldporter.com>; Torzuoli, Anne E. <ATorzuoli@hallrender.com>
**Subject:** RE: J&J Audit: Confidentiality Request

External E-mail

Jeff –

My apologies for the delay.  MaineGeneral, OHSU, and University of Rochester are unable to agree to the confidentiality request.  We will follow up regarding Children's National.

Thank you,
James

**T. James Junger** | Attorney
**jjunger@hallrender.com** | **vCard** | **@hallrender** on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C. | hallrender.com**
**MILWAUKEE D:** (414) 721-0922 | **F:** (414) 721-0491

**MANSFIELD RULE CERTIFIED 2023** | Powered by Diversity Lab
Learn more about Hall Render's commitment to Diversity, Equity and Inclusion at hallrender.com/diversity-overview.

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

**From:** Handwerker, Jeffrey L. <Jeffrey.Handwerker@arnoldporter.com>
**Sent:** Tuesday, July 30, 2024 4:20 PM
**To:** Junger, James <jjunger@hallrender.com>
**Cc:** Nova, Todd A. <tnova@hallrender.com>; Ramer, Paula <Paula.Ramer@arnoldporter.com>; Torzuoli, Anne E. <ATorzuoli@hallrender.com>
**Subject:** RE: J&J Audit: Confidentiality Request

Hi James:  I am just following up on our pending confidentiality request with respect to the four covered entities that you are representing and for which HRSA has approved J&J's audit requests ((Maine General Medical Center, Oregon Health Science Center University Hospital, University of Rochester Medical Center, and Children's National Medical Center).  Could you please advise as soon as you can with respect to each client's position?  Thanks.

Best regards.


Jeff


_____

Jeffrey Handwerker
Partner | Bio

## Arnold&Porter

601 Massachusetts Ave., NW
Washington, DC 20001-3743
T: +1 202.942.6103
Jeffrey.Handwerker@arnoldporter.com
www.arnoldporter.com | LinkedIn


**From:** Junger, James <jjunger@hallrender.com>
**Sent:** Friday, July 12, 2024 4:02 PM

**To:** Handwerker, Jeffrey L. <Jeffrey.Handwerker@arnoldporter.com>
**Cc:** Nova, Todd A. <tnova@hallrender.com>; Ramer, Paula <Paula.Ramer@arnoldporter.com>; Torzuoli, Anne E. <ATorzuoli@hallrender.com>
**Subject:** RE: J&J Audit: Confidentiality Request

External E-mail

Jeff –

We are consulting with our clients and expect to follow up early next week.  Have a good weekend.

Thank you,
James

**T. James Junger** | Attorney
jjunger@hallrender.com | vCard | @hallrender on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C. | hallrender.com**
MILWAUKEE D: (414) 721-0922 | F: (414) 721-0491

**MANSFIELD RULE CERTIFIED 2023** | Powered by Diversity Lab
Learn more about Hall Render's commitment to Diversity, Equity and Inclusion at hallrender.com/diversity-overview.

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

**From:** Handwerker, Jeffrey L. <Jeffrey.Handwerker@arnoldporter.com>
**Sent:** Thursday, July 11, 2024 2:32 PM
**To:** Junger, James <jjunger@hallrender.com>
**Cc:** Nova, Todd A. <tnova@hallrender.com>; Ramer, Paula <Paula.Ramer@arnoldporter.com>; Torzuoli, Anne E. <ATorzuoli@hallrender.com>
**Subject:** RE: J&J Audit: Confidentiality Request

You don't often get email from jeffrey.handwerker@arnoldporter.com. Learn why this is important

Hi James:  I hope you are well.  I just wanted to follow up on the below.  Could you advise on your clients' positions when convenient?  Thanks.

Jeff

**From:** Junger, James <jjunger@hallrender.com>
**Sent:** Tuesday, July 9, 2024 9:43 AM
**To:** Handwerker, Jeffrey L. <Jeffrey.Handwerker@arnoldporter.com>
**Cc:** Nova, Todd A. <tnova@hallrender.com>; Ramer, Paula <Paula.Ramer@arnoldporter.com>; Torzuoli, Anne E. <ATorzuoli@hallrender.com>
**Subject:** Re: J&J Audit: Confidentiality Request

External E-mail

Mr. Handwerker:

Confirming receipt of your message. We will follow up shortly.

Thank you,
James

**T. James Junger** | Attorney | *Pronouns: he, him, his*
jjunger@hallrender.com | **vCard** | **@hallrender** on Twitter

**Hall, Render, Killian, Heath & Lyman, P.C.**
**MILWAUKEE D:** (414) 721-0922 | **F:** (414) 721-0491

I sent this email from my mobile device. Please forgive any typos.

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

---

**From:** Handwerker, Jeffrey L. <Jeffrey.Handwerker@arnoldporter.com>
**Sent:** Monday, July 8, 2024 8:08:57 PM
**To:** Junger, James <jjunger@hallrender.com>
**Cc:** Nova, Todd A. <tnova@hallrender.com>; Ramer, Paula <Paula.Ramer@arnoldporter.com>
**Subject:** J&J Audit: Confidentiality Request

Mr. Junger:  I hope you are well.  I am outside counsel to J&J in connection with the HRSA-approved audits of your clients (Maine General Medical Center (MGMC), Oregon Health Science Center University Hospital (OHSCUH), and University of Rochester Medical Center (URMC)).  In the interest of cooperation, J&J is prepared to produce the six categories of information and documents you requested in your letters of June 28 on behalf of each of your respective clients.  However, J&J's agreement to produce these materials to you is subject to your clients' (MGMC, OHSCUH and URMC's) agreement to maintain the information in confidence and not to share the information provided with anyone outside of their respective organizations.  Additionally, we ask for your agreement (and that of your colleagues) not to share the information provided with any third parties (other than the specific client to which the information relates) and not to use it for any purpose other than advising the specific client on the audit to which the information relates.  If these terms are acceptable to you, please respond to this email confirming your and each of your clients' respective agreements to maintain confidentiality over the information responsive to the requests set forth in your letters.  Upon receiving that confirmation, we will send you our response to your letters along with the information you requested.  Thank you for your cooperation with this matter.

Best regards.

Jeff Handwerker

_____
Jeffrey Handwerker
Partner | Bio

Arnold&Porter

601 Massachusetts Ave., NW
Washington, DC 20001-3743

T: +1 202.942.6103
Jeffrey.Handwerker@arnoldporter.com
www.arnoldporter.com | LinkedIn

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com