| | |
|---|---|
| **From:** | Britton, Chantelle (HRSA) <CBritton@hrsa.gov> |
| **Sent:** | Wednesday, August 7, 2024 2:56 PM |
| **To:** | Nova, Todd A. |
| **Cc:** | Johnson, Carole (HRSA); Herzog, Michelle (HRSA); Helms, Brandon C.; Junger, James |
| **Subject:** | RE: Communications with Johnson & Johnson |

Todd – I am confirming receipt of this message. We will review.

Thank you,
Chantelle

---

**From:** Nova, Todd A. <tnova@hallrender.com>
**Sent:** Wednesday, August 7, 2024 12:32 PM
**To:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Cc:** Johnson, Carole (HRSA) <Carole.Johnson@hrsa.gov>; Herzog, Michelle (HRSA) <MHerzog@hrsa.gov>; Helms, Brandon C. <BHelms@hallrender.com>; Junger, James <jjunger@hallrender.com>
**Subject:** [EXTERNAL] Communications with Johnson & Johnson

Dear Director Britton:

As you know, we represent four covered entities that have challenged HRSA OPA's decision to approve audits proposed by Johnson & Johnson. These are MaineGeneral Medical Center (DSH200039), Oregon Health & Science University Hospital (DSH380009), Strong Memorial Hospital (DSH330285), and Children's National Medical Center (PED093300-00). At this time, MaineGeneral, OHSU, and Strong Memorial have filed APA actions challenging the basis for the audits, and Children's National's request for reconsideration is pending with your office. Those actions name Administrator Johnson as a defendant in her official capacity, and we have copied her on this message for that purpose.

We are writing to let you know that in recent communications, counsel for Johnson & Johnson has stated that the manufacturer intends to pursue these audits, presumably while our clients' challenges are pending. As indicated in our request for reconsideration letters, our clients understand and respect their obligation to participate in properly authorized manufacturer audits, and will do so if HRSA's decisions to approve the audits are ultimately upheld. However, we believe that our clients cannot reasonably be expected to participate in Johnson & Johnson's implicated audits until then.

We anticipate that Johnson & Johnson will contact you and inform you of our clients' position and may ask you to take enforcement action against our clients. Since taking such action would harm our clients, we ask that you confirm our assumption that HRSA OPA will not remove them from the 340B Program or take similar enforcement actions while these challenges are pending. If this is incorrect, please let us know so we can seek appropriate injunctive relief in court.

Finally, we note that the government has not filed a notice of appearance in these cases yet. We would ask that you share this message with appropriate HHS or DOJ counsel and provide their contact information so we can maintain open lines of communication throughout this process.

Thank you,

**EXHIBIT 4**

**Todd A. Nova**
Attorney
tnova@hallrender.com | vCard

**Hall, Render, Killian, Heath & Lyman, P.C.|** hallrender.com
330 East Kilbourn Avenue, Suite 1250 | Milwaukee, WI 53202
**D:** (414) 721-0464 | **C:** (262) 364-6638 | **F:** (414) 721-0491

**MANSFIELD RULE CERTIFIED 2023** | Powered by Diversity Lab
Learn more about Hall Render's commitment to Diversity, Equity and Inclusion at hallrender.com/diversity-overview.

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.