**HRSA**
Health Resources & Services Administration
Office of Special Health Initiatives
5600 Fishers Lane
Rockville, MD 20857



November 12, 2024

**BY EMAIL**
Joe E. Ness
Senior Vice President and Chief Operating Officer
Oregon Health Science Center University Hospital
nesjo@ohsu.edu

Dear Joe E. Ness:

The Health Resources and Services Administration (HRSA) is following up on the status of Johnson and Johnson's (J&J) audit of Oregon Health Science Center University Hospital (OHSCUH; 340B ID DSH380009). It is HRSA's understanding that the audit has not commenced and that, to date, OHSCUH has not submitted any records to J&J's auditor for review.

Section 340B(a)(5) of the Public Health Service Act lists the requirements for health care providers (known as covered entities) to participate in the 340B Drug Pricing Program (340B Program) and thus have access to significant discounts on purchases of covered outpatient drugs. The statute specifically requires a covered entity in the 340B Program to permit a manufacturer of a covered outpatient drug to audit the records of the entity that directly pertain to the entity's compliance with the Public Health Service Act's prohibitions of diversion and duplicate discounts.

As HRSA stated in its July 10, 2024, letter to OHSCUH, HRSA determined that J&J satisfied HRSA's Manufacturer Audit Guidelines to conduct an audit of OHSCUH. To the extent that OHSCUH inhibits the audit from proceeding, HRSA reserves the right to remove OHSCUH from the 340B Program, as failure to permit a manufacturer or HRSA audit from proceeding would violate the eligibility requirement in section 340B(a)(5)(C) of the Public Health Service Act.

Please notify HRSA no later than November 26, 2024, of the date by which the audit will begin. You may send your response to 340BPricing@hrsa.gov.

Thank you for your prompt attention to this matter.

Sincerely,

Chantelle V. Britton -S
Digitally signed by Chantelle V. Britton -S
Date: 2024.11.12 15:12:51 -05'00'

Chantelle V. Britton, M.P.A., M.S.
Director, Office of Pharmacy Affairs