| | |
|---|---|
| **From:** | Bardo, John (USADC) <John.Bardo@usdoj.gov> |
| **Sent:** | Wednesday, November 20, 2024 1:25 PM |
| **To:** | Helms, Brandon C.; Bartholomew, Tabitha (USADC); Littman, Jared (USADC) |
| **Cc:** | Nova, Todd A.; Junger, James |
| **Subject:** | RE: HRSA Litigations: Consent for Motions for TROs and/or Preliminary Injunctions |

Brandon,

Thank you for reaching out. As you probably anticipated, the Agency would indeed oppose a motion for a PI/TRO.

For what it's worth, HRSA's typical practice is to make termination of a covered entity effective as of the start of the next quarter. HRSA will determine whether to terminate any covered entity from the 340B program after it receives and evaluates the entity's response. If HRSA decides to terminate any of the covered entities involved in these lawsuits from the 340B program, such termination would be effective no earlier than January 1, 2025, and HRSA will communicate that decision to the covered entities via letter in advance of the effective date of any such termination.

**John J. "Jack" Bardo**
Assistant United States Attorney
Phone: (202) 870-6770

---

**From:** Helms, Brandon C. <BHelms@hallrender.com>
**Sent:** Monday, November 18, 2024 5:05 PM
**To:** Bardo, John (USADC) <JBardo@usa.doj.gov>; Bartholomew, Tabitha (USADC) <TBartholomew@usa.doj.gov>; Littman, Jared (USADC) <JLittman@usa.doj.gov>
**Cc:** Nova, Todd A. <tnova@hallrender.com>; Junger, James <jjunger@hallrender.com>; Helms, Brandon C. <BHelms@hallrender.com>
**Subject:** [EXTERNAL] HRSA Litigations: Consent for Motions for TROs and/or Preliminary Injunctions

Good afternoon, Jack, Tabitha, and Jared:

I am writing regarding the four related litigations involving HHS and HRSA: *Oregon Health & Science University*, No. 24-cv-02184; *MaineGeneral Medical Center*, No. 24-cv-02187; *University of Rochester*, No. 24-cv-02268; and *Children's National Medical Center*, No. 24-cv-02563. As I previously noted when granting consent to DOJ's requests for extensions, that consent was subject to the possibility that our clients would need to file motions for TROs and/or preliminary injunctions.

Last week, on November 12, 2024, HRSA sent letters to our clients informing them that if they did not move forward with the audits and notify HRSA by November 26 when the audits will begin, that HRSA "reserve[d] the right to remove [our clients] from the 340B Program…." An example letter is attached. In light of HRSA's position, we intend to file motions for emergency TROs and/or preliminary injunctions by Friday, November 22 in each of the cases identified above to preserve our clients' statuses as 340B Covered Entities.

Pursuant to Local Rule 7(m), I am asking whether the agencies intend to oppose our motions. If you would like to discuss, please provide some dates and times that you are available before Friday.

Regards,
Brandon

**EXHIBIT 6**

**Brandon C. Helms**
Attorney
**bhelms@hallrender.com** | vCard

**Hall, Render, Killian, Heath & Lyman, P.C.|** hallrender.com
101 West Big Beaver Road, Suite 745, Columbia Center | Troy, MI 48084
**D:** (248) 457-7847 | **F:** (248) 740-7501

**MANSFIELD RULE CERTIFIED 2023-2024** | Powered by Diversity Lab
Learn more about Hall Render's commitment to Diversity, Equity and Inclusion at hallrender.com/diversity-overview.

This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Hall Render hereby claims all applicable privileges related to this information.