# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| OREGON HEALTH & SCIENCE UNIVERSITY, </br></br> *Plaintiff*, </br></br> v. </br></br> CAROLE JOHNSON, in her official capacity as Administrator, Health Resources and Services Administration, </br></br> and </br></br> XAVIER BECERRA, in his official capacity as Secretary, United States Department of Health and Human Services, </br></br> *Defendants*. | Civil Action No.: 1:24-cv-02184-RC |

## ORDER

The Court, having considered Plaintiff's Motion for a Temporary Restraining Order against Defendants, hereby GRANTS the requested relief. It is hereby ORDERED that Defendants are immediately prohibited from taking any action to alter, suspend, or terminate Oregon Health & Science University's status as a Covered Entity in the 340B Program. This Temporary Restraining Order will be in effect for 28 days following the issuance of this Order—or until further Order of the Court.

SO ORDERED.

Dated: _____

_____
Judge, United States District Court
District of Columbia

Distribution to all counsel of record

4868-9052-0061v1