# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OREGON HEALTH & SCIENCE UNIVERSITY,<br><br>         *Plaintiff*,<br><br> v.<br><br>CAROLE JOHNSON, in her official capacity as Administrator, Health Resources and Services Administration,<br><br>and<br><br>XAVIER BECERRA, in his official capacity as Secretary, United States Department of Health and Human Services,<br><br>         *Defendants*. | Case Number 1:24-cv-02184-RC |

### [PROPOSED] ORDER

Upon consideration of the Motion of Johnson & Johnson Health Care Systems Inc. for Leave to File an Amicus Brief, it is hereby ORDERED:

That the Motion is GRANTED;

That the Clerk shall cause the Proposed Amicus Brief attached to the Motion for Leave to File an Amicus Brief to be filed and entered on the docket in the above-captioned proceeding.

IT IS SO ORDERED.


Dated: _____    _____
                         HON. RUDOLPH CONTRERAS
                         UNITED STATES DISTRICT JUDGE