# Johnson&Johnson

**CONFIDENTIAL AND PROPRIETARY**
**By Email to Mr. Ness jness610@icloud.com and Ms. Zanon at zanon@ohsu.edu**

May 21, 2024

      RE:    Response to Oregon Health Science Center University Hospital's (DSH380009) May 16, 2024 letter

Dear Mr. Ness,

I write on behalf of Johnson & Johnson Health Care Systems Inc. (J&J) in response to your letter of May 16, 2024 regarding our inquiries about Oregon Health Science Center University Hospital's (OHSU's) 340B purchases.  Your letter stated that our communications thus far are "nonspecific regarding the basis for the inquiry" and that you "need additional information regarding the basis for [our] inquiry."  We are happy to provide that information.

We are not aware of any HRSA guidance that supports Oregon Health Science Center University Hospital's position that general inquiries regarding 340B compliance are inappropriate.  In any event, the reason for our outreach is that we have seen substantial -- indeed over 70% -- growth in OHSU's 340B utilization over the last six months, driven primarily by STELARA® utilization.  HRSA's audit guidelines specifically contemplate that such utilization trends are an appropriate basis for an audit.  HRSA's 1996 guidance states that "[s]ignificant changes in quantities of specific drugs ordered by a covered entity . . . may be a basis for establishing reasonable cause."  61 Fed. Reg. 65406 (Dec. 12, 1996).  J&J is entitled to understand the drivers of growth in Oregon Health Science Center University Hospital's 340B utilization.

As you referenced in your May 16 letter, HRSA's audit guidance states that manufacturers and covered entities must "make a good faith effort to resolve . . . issue[s]."  61 Fed. Reg. 65406, 65408 (Dec. 12, 1996).  We have been engaging with OHSU in such good faith efforts beginning on April 22, 2024 when we sent a letter to Ms. Zanon at zanon@ohsu.edu.  Ms. Zanon responded to us on April 24, 2024 providing available times for our organizations to meet on a phone call.  Ms. Zanon later informed us that the scheduled May 3, 2024 phone call was no longer convenient and that she would provide additional times to meet with us.  We followed up with OHSU on May 1, 2024 and again on May 8, 2024.  On May 16 we received an email indicating we would soon receive a response from you – which we presume is your May 16 letter.

J&J is also committed to compliance in every respect with our obligations under the 340B Program, and we want it to work as it was originally intended. Congress created a balanced program designed to allow manufacturers to restore the discounts that they had traditionally provided to safety net providers, before enactment of the Medicaid Drug Rebate Program, while protecting against covered entity duplicate discounts and diversion.

EXHIBIT 1

We hope that you respond to our inquiry.  We share your commitment to appropriate allocation of resources to ensure 340B compliance.  We too must balance the resourcing of compliance initiatives with the funding of critical research to help us understand and address the serious health problems of today and unlock the potential medicines of tomorrow.  To that end, we would appreciate it if you would let us know if you are willing to participate in a call with us.  If you are willing to do so, please let us know a convenient time for you to speak.

Sincerely,

**Lauren Paluzzi**
**Senior Director, Contracting Strategy and Operations**