UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OREGON HEALTH & SCIENCE UNIVERSITY,<br><br>    *Plaintiff*,<br><br>v.<br><br>ACTING ADMINISTRATOR, in his or her official capacity as Administrator, Health Resources and Services Administration,[1]<br><br>and<br><br>DOROTHY FINK, in her official capacity as Acting Secretary, United States Department of Health and Human Services,<br><br>    *Defendants*. | Civil Action No. 24-2184 (RC) |

### STIPULATION REGARDING PLAINTIFF'S STATUS
### AS A COVERED ENTITY IN THE 340B PROGRAM

Plaintiff Oregon Health & Science University and Defendants Acting Administrator, Health Resources and Services, and Dorothy Fink, Acting Secretary, Department of Health and Human Services (collectively, the Administration), respectfully stipulate as follows:

1.    Plaintiff filed this suit on July 24, 2024, and served the U.S. Attorney's Office on or about August 8, 2024. Plaintiff seeks declaratory and injunctive relief enjoining an action by the Administration allowing "a certain manufacturer that participates in the drug pricing program authorized under Section 340B of the Public Health Service Act . . . to audit Plaintiff's confidential business records." ECF No. 1 (Compl.) ¶ 1.

---

[1] When a public officer is a named party in their official capacity, their successor is automatically substituted as the named party. *See* Fed. R. Civ. P. 25(d). At the time of this filing, a successor to HRSA Administrator, Carole Johnson, has not been named.

2. On November 22, 2024, Plaintiff moved for a temporary restraining order under Federal Rule of Civil Procedure 65(b), seeking to prevent the Administration from terminating Plaintiff as a covered entity under the 340B Program. ECF No. 16 (Pl.'s Mot.) at 1.

3. After Plaintiff filed its motion for a temporary restraining order, Plaintiff and the Administration entered a stipulation that granted certain protections to Plaintiff in return for Plaintiff withdrawing its motion. ECF No. 17.

4. In contemplation of Plaintiff filing a motion for a preliminary injunction, the parties have agreed to modify the previous stipulation.

5. The parties hereby stipulate that the Administration will provide to Plaintiff thirty days' written notice before any termination of Plaintiff from the 340B Program becomes effective. The termination, if any, will not be reflected on HRSA's Office of Pharmacy Affairs Information System (OPAIS) any earlier than the effective date of the termination.

6. Plaintiff reserves the right to file a motion for a preliminary injunction should circumstances change that could affect its status as a covered entity under the 340B Program.

Dated: February 5, 2025
Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ John J. Bardo_____
JOHN J. BARDO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770
John.Bardo@usdoj.gov

*Attorneys for the United States of America*

*/s/ Brandon C. Helms*
BRANDON C. HELMS (pro hac vice)
Hall, Render, Killian, Heath & Lyman, P.C.
101 W. Big Beaver Road, Suite 745
Troy, MI 48084
(248) 457-7847
Bhelms@hallrender.com

TYLER JAMES JUNGER
DC Bar Identification No.: WI0036
TODD A. NOVA (pro hac vice)
Hall, Render, Killian, Heath & Lyman, P.C.
330 East Kilbourn Avenue, Suite 1250
Milwaukee, WI 53202
(414) 721-0922
jjunger@hallrender.com
tnova@hallrender.com

*Counsel for Plaintiff*