UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OREGON HEALTH & SCIENCE UNIVERSITY,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS J. ENGELS, Administrator, Health Resources and Services Administration, et al.,<br><br>  Defendants. | Civil Action No. 24-2184 (RC) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's Minute Order of February 5, 2025, ordering the Health Resources and Services Administration ("HRSA") to file a status report, including an update on whether HRSA has provided Plaintiff with thirty-days' notice of any decision to remove it from the 340B Program, HRSA respectfully reports as follows:

1. As of the date of this report, HRSA has not provided Plaintiff with notice of any decision to remove it from the 340B Program.

2. Pursuant to the Stipulation between the parties, "The parties hereby stipulate that the Administration will provide to Plaintiff thirty days' written notice before any termination of Plaintiff from the 340B Program becomes effective. The termination, if any, will not be reflected on HRSA's Office of Pharmacy Affairs Information System (OPAIS) any earlier than the effective date of the termination."  Stipulation ¶ 5 (ECF No. 26)

3. Pursuant to the Court's Minute Order of February 5, 2025, if HRSA provides Plaintiff with such thirty-days' notice, HRSA will simultaneously notify the Court.

Dated: February 12, 2025     Respectfully submitted,
       Washington, DC

EDWARD R. MARTIN, D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     */s/ John J. Bardo*
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770
    John.Bardo@usdoj.gov

*Attorneys for the United States of America*