# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OREGON HEALTH & SCIENCE UNIVERSITY, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:     24-2184 (RC) |
| | : | |
| v. | : | Re Document Nos.:     18, 20 |
| | : | |
| THOMAS J. ENGELS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

**GRANTING DEFENDANTS' MOTION TO DISMISS; AND GRANTING JOHNSON & JOHNSON'S MOTION FOR LEAVE TO FILE AMICUS BRIEF**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' motion to dismiss (ECF No. 18) is **GRANTED**; and Johnson & Johnson's motion for leave to file an amicus brief (ECF No. 20) is **GRANTED**.

**SO ORDERED**.

Dated:  June 17, 2025

RUDOLPH CONTRERAS
United States District Judge