UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OREGON HEALTH & SCIENCE UNIVERSITY,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS J. ENGELS, Administrator, Health Resources and Services Administration, et al.,<br><br>        Defendants. | Civil Action No. 24-2184 (RC) |
| MAINEGENERAL MEDICAL CENTER,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS J. ENGELS, Administrator, Health Resources and Services Administration, et al.,<br><br>       Defendants. | Civil Action No. 24-2187 (RC) |
| UNIVERSITY OF ROCHESTER,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS J. ENGELS, Administrator, Health Resources and Services Administration, et al.,<br><br>       Defendants. | Civil Action No. 24-2268 (RC) |

| | |
|---|---|
| CHILDREN'S NATIONAL MEDICAL CENTER,<br><br>            Plaintiff,<br><br>       v.<br><br>THOMAS J. ENGELS, Administrator, Health Resources and Services Administration, et al.,<br><br>            Defendants. | Civil Action No. 24-2563 (RC) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion for stay or injunction pending appeal and immediate administrative stay, Defendants' opposition, and the entire record herein, it is hereby

ORDERED that Plaintiffs' motion is DENIED.

SO ORDERED:

_____                                       _____
Date                                                                                  RUDOLPH CONTRERAS
                                                                                             United States District Judge