UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| OREGON HEALTH & SCIENCE UNIVERSITY, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 24-2184 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 34, 34-1 |
| | : | | |
| THOMAS J. ENGELS, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

**ORDER**

**DENYING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL; AND DENYING PLAINTIFF'S EMERGENCY MOTION FOR STAY OR INJUNCTION PENDING APPEAL**

Upon consideration of Plaintiff's unopposed motion for leave to file its motion to stay under seal (ECF No. 34), it is hereby

**ORDERED** that the motion is **DENIED** without prejudice.  It is **FURTHER ORDERED** that the motion and its attached exhibits shall remain sealed pending further order of the Court.  Though Plaintiff identifies certain proprietary and confidential information that may properly be sealed, most of the filing concerns matters already filed publicly in this case.  The parties seemingly acknowledged this when they agreed to confer on any proposed redactions.  Accordingly, the parties are **ORDERED** to meet, confer, and file a joint status report stating whether they have reached an agreement over proposed redactions on or before **September 17, 2025**; and it is **FURTHER ORDERED** that Plaintiff shall also file a renewed motion to file an unredacted version of the motion under seal on or before **September 17, 2025**.

Upon consideration of Plaintiff's emergency motion for stay or injunction pending appeal (ECF No. 34-1), and Defendants' opposition (ECF No. 35), it is hereby

**ORDERED** that the motion is **DENIED**. Plaintiff is unlikely to succeed on the merits of its appeal for the reasons previously discussed in the Court's Memorandum Opinion (ECF No. 29). To the extent Plaintiff argues that the Court should stay its decision pending appeal because Johnson & Johnson Health Care Systems Inc. ("J&J") may take no action based on the audit results, this would only support the Court's reasoning that this dispute may very well involve an agency action that "fade[s] into insignificance by the time proceedings conclude." *See* Mem. Op. at 10 (quoting *Vanda Pharms., Inc. v. U.S. Food & Drug Admin.*, 123 F.4th 513, 521 (D.C. Cir. 2024)). And none of Plaintiff's theories of irreparable harm is convincing: removal from the 340B Program for failing to comply with J&J's audit would be Plaintiff's prerogative; interim compliance with the audit would not moot its appeal because the appellate court could halt the audit; and Plaintiff has not substantiated its concerns regarding the sharing of sensitive information. Lastly, neither the balance of equities nor the public interest weigh in favor of issuing the extraordinary relief of a stay pending appeal while J&J commences an audit at its own expense.

In light of the Court's decision to deny the motion to stay, the Court will grant Plaintiff's request for an administrative stay to seek that relief from the D.C. Circuit. To effectuate an administrative stay, it is hereby **ORDERED** that Defendants are enjoined from removing Plaintiff from the 340B Program for failure to engage in the challenged audit on or before **September 10, 2025**.

**SO ORDERED**.

Dated: September 3, 2025                                              RUDOLPH CONTRERAS
                                                                     United States District Judge