United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 25-5297                                                    September Term, 2025

1:24-cv-02184-RC
1:24-cv-02187-RC
1:24-cv-02268-RC
1:24-cv-02563-RC

**Filed On:** October 21, 2025

MaineGeneral Medical Center,

    Appellant

    v.

Thomas J. Engels, in his official capacity as Administrator, Health Resources and Services Administration and Robert F. Kennedy, Jr., in his official capacity as Secretary, United States Department of Health and Human Services,

    Appellees

------------------------------

Consolidated with 25-5298, 25-5299, 25-5300

# O R D E R

Upon consideration of the stipulation of voluntary dismissal, it is

**ORDERED** that the Clerk note on the docket that these consolidated cases are dismissed. No mandate will issue.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Francis Walter III
Deputy Clerk